1  LATHAM & WATKINS LLP
2     Perry J. Viscounty (Bar No. 132143)
   *perry.viscounty@lw.com*
      Gabriel S. Gross (Bar No. 254672)
3  *gabe.gross@lw.com*
   505 Montgomery Street, Suite 2000
4  San Francisco, California  94111
   415.391.0600
5
   LATHAM & WATKINS LLP
6     Jake Ryan (Bar No. 211899)
   *jake.ryan@lw.com*
7  12670 High Bluff Drive
   San Diego, California  92130
8  858.523.5400

9  *Attorneys for Plaintiff*
   CODEXIS, INC.
10
   MANNING CURTIS BRADSHAW & BEDNAR
11 PLLC
      Alan C. Bradshaw
12  *abradshaw@mc2b.com*
      Chad Derum
13  *cderum@mc2b.com*
      Trevor Lee
14  *tlee@mc2b.com*
   South Temple Tower
15 163 East South Temple, Suite 1300
   Salt Lake City, UT 84111
16 801.363.5678

17 *Attorneys for Defendant*
   CODEX DNA, INC.
18

19                     UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21                         SAN FRANCISCO DIVISION

22

| | |
|---|---|
| CODEXIS, INC., a Delaware corporation, | CASE NO. 3:20-CV-03503-MMC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL** |
| CODEX DNA, INC., a Delaware corporation, | |
| Defendant. | Judge: Hon. Maxine M. Chesney |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:20-CV-03503-MMC
STIPULATION AND [PROPOSED] ORDER OF
VOLUNTARY DISMISSAL

Plaintiff Codexis, Inc. ("Codexis") and Defendant Codex DNA, Inc. ("Codex DNA") (each, a "Party," and collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree that, in accordance with the Parties' settlement agreement (the "Settlement Agreement"), the above-captioned action shall be dismissed in its entirety with prejudice, subject to the following terms:

1. The Parties stipulate and agree to submit to the continuing jurisdiction of the U.S. District Court for the Northern District of California (the "Court"), and in particular to the continuing jurisdiction of Magistrate Judge Joseph C. Spero, who shall have ongoing plenary authority to enforce the Settlement Agreement upon motion by either Party.

2. With respect to all disputes arising out of or relating to the Settlement Agreement, the Parties voluntarily consent to the jurisdiction of a magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, and any appeal of all decisions of the magistrate judge will be to the Ninth Circuit Court of Appeals.

3. The Parties further stipulate and agree that they will not challenge, object, or otherwise dispute the Court's or Magistrate Judge Joseph C. Spero's authority and jurisdiction to conduct any further proceeding to enforce the Settlement Agreement.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: April 25, 2022

**Latham & Watkins LLP**

By: /s/ Perry J. Viscounty
Perry J. Viscounty
*Attorney for Plaintiff Codexis, Inc.*

DATED: April 25, 2022

**Manning Curtis Bradshaw & Bednar PLLC**

By: /s/ Alan C. Bradshaw
Alan C. Bradshaw
*Attorney for Defendant Codex DNA, Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 3:20-CV-03503-MMC
STIPULATION AND [PROPOSED] ORDER OF
VOLUNTARY DISMISSAL

Attestation: Pursuant to L.R. 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

/s/ *Perry J. Viscounty*
Perry J. Viscounty

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 25, 2022

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 3:20-CV-03503-MMC
STIPULATION AND [PROPOSED] ORDER OF
VOLUNTARY DISMISSAL